IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVEN A. SCHAUPP and OPAL      )
SCHAUPP, husband and wife,      )
and CONTINENTAL WESTERN         )
INSURANCE COMPANY,              )
                                )
            Plaintiffs,         )         7:05CV5019
                                )
      v.                        )
                                )
CELSTAR GROUP, INC., a foreign  )         ORDER
corporation, and CONSOLIDATED   )
FLEET SERVICES, INC., a         )
foreign corporation,            )
                                )
            Defendants.         )
_____)
```

The Court notes that counsel for plaintiffs in this matter is a member of the law firm, Douglas, Kelly, Ostdiek, Bartels and Neilan.  Philip Kelly is a nephew of the undersigned.  Accordingly, the Court recuses itself and refers this case for reassignment.

IT IS SO ORDERED.

DATED this 14th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court