IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN A. SCHAUPP, OPAL SCHAUPP, and CONTINENTAL WESTERN INSURANCE,<br><br>        Plaintiffs,<br><br>        v.<br><br>CELSTAR GROUP, and CONSOLIDATED FLEET SERVICES,<br><br>        Defendants. | 7:05CV5019<br><br>REASSIGNMENT ORDER |

    Pursuant to the recusal of District Judge Lyle E. Strom (Filing No. 13) in the above matter,

    IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate David L. Piester for judicial supervision and processing of all pretrial matters.

    DATED this 14th day of October, 2005.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          JOSEPH F. BATAILLON
                                          United States District Judge